

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00407-CR

LANNEY DARRELL EAST                                                     APPELLANT

V.

THE STATE OF TEXAS                                                             STATE

------------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 1396968D

------------

## MEMORANDUM OPINION[1] AND JUDGMENT
## ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered the "Motion To Abate Appeal" filed by counsel for appellant Lanney Darrell East, including the attached certificate of death showing that East died on November 17, 2015.  Because we have not issued our mandate, we grant the motion and permanently abate the appeal.  *See* Tex. R. App. P. 7.1(a)(2).

---

[1]*See* Tex. R. App. P. 47.1.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED:  January 14, 2015